**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| MICHAEL A. BAILEY, | : No. 544 WAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| THOMAS FREEMAN PRES. & THOMAS SCULLY VICE PRES. KEYSTONE DEVELOPMENT ASSOC., | : |
| Respondents | : |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 4th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.